UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
----------------------------------

UNITED STATES OF AMERICA,                    21 Cr 17 (KPF)

       v.

**Boris Beltran,**

       **Defendant.**

----------------------------------x

Upon the application of Xavier R. Donaldson, Esq. the assigned attorney for the defendant, Boris Beltran (Federal Register #25362-509), for an order authorizing counsel permission to provide clothes to the defendant for his sentencing proceeding.

**IT IS HEREBY ORDERED** that the attorney for the defendant and paralegal, Meusette Gonzalez, may provide clothes for sentencing (1 pants/slacks, 1 button down dress shirt, 1 T-Shirt, 1 pair of shoes, 1 belt and 1 tie) to the defendant at the United States Federal Courthouse in the SDNY or at the Metropolitan Detention Center (MDC), after appropriate inspection, so that he may wear the aforementioned clothing to his sentencing scheduled for February 21, 2024 at 2:00p.m.

Dated: February 19, 2024
New York, New York

Dated:   February 20, 2024
        New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE